1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| GEORGE MERCIER, | ) | |
| | ) | |
| Plaintiff(s), | ) | 2:06-CV-0166-RLH-PAL |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| LAS VEGAS METROPOLITAN | ) | |
| POLICE DEPARTMENT | ) | |
| | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

13      Before this Court is the Findings and Recommendation of United States Magistrate

14   Judge Leen (#4, filed May 8, 2006, regarding the plaintiff's failure to state a claim or to cure the

15   failure to state a claim upon which relief can be granted.  No objection was filed to Magistrate

16   Judge Leen's Findings and Recommendation of United States Magistrate Judge in accordance with

17   Local rule IB 3-2 of the Rules of Practice of the United States District Court for the District of

18   Nevada, and the matter was submitted for consideration.

19      The court has conducted a *de novo* review of the record in this case in accordance

20   with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Findings and

21   Recommendation of Magistrate Judge Leen should be affirmed.

22      IT IS THEREFORE ORDERED that the Magistrate Judge's Findings and

23   Recommendation (#4, entered May 8, 2006) is ADOPTED, and the case is DISMISSED.

24      Dated:   June 5, 2006.

25

26      _____
        ROGER L. HUNT
        U.S. District Judge